**DEBTOR:** CR Kendall Corporation

**CORRECTED FINAL POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** 15-22852-JGR

**FOR QUARTER ENDED:** 31-Mar-18

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

1. CASH BALANCE, BEGINNING OF QUARTER $ 96,936.90
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES 0
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS ( 95,603.27 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT $ 1,333.63

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---|---|---|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
| | Plan Trustee Compensation | $ 0 | $ 0 | $ 4,912.15 |
| | Plan Trustee Expense | 0 | | |
| | Attorney Fees - Trustee | 0 | | |
| | Attorney Fees - Debtor | 0 | | |
| | Other Professionals | 0 | | |
| | Other Administrative Expenses | 975.00 | 1,631.20 | 0.00 |
| | TOTAL ADMINISTRATIVE EXPENSES | $ 975.00 | $ 1,631.20 | $ 0.00 |
| 2. | SECURED CREDITORS | $ 0 | | 0 |
| 3. | PRIORITY CREDITORS | $ 2,421.10 | 2,421.10 | 2,421.10 |
| 4. | UNSECURED CREDITORS | $ 88,270.02 | 88,270.02 | 88,270.02 |
| 5. | EQUITY SECURITY HOLDERS | $ 0 | | 0 |
| 6. | Attach additional sheets as nece | $ | | 0.00 |
| | **TOTAL PLAN PAYMENTS** | $ 91,666.12 | $ 92,322.32 | $ 95,603.27 |

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ 325.00 | 3-16-18 | 1077 |

### PLAN STATUS:

Yes No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) [X] [ ]
2. Are all post-confirmation obligations current? (If no, attach explanation.) [X] [ ]
3. Projected date of application for final decree: Final Decree Entered April 4, 2018

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

By: _____

Atna Liquidating Trust for CR Kendall Corporation

Kenneth J. Buechler, Trustee Liquidating Trust

Email & Phone: ken@bandglawoffice.com, 720-381-0045

Form 3
Rev. 12/10/200